**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JUAN PINA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN PINA,<br><br>Defendant | Case No.: 1:18-cr-0100 DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A. MCAULIFFE AND BRIAN DELANEY, ASSISTANT UNITED STATES ATTORNEY:

 **COMES NOW** Defendant, JUAN PINA, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the status conference hearing currently set for Tuesday, November 13, 2018 be continued to Monday, January 29, 2018.

 Counsel is requesting additional time to complete further investigation and negotiation of plea agreement. I have spoken to AUSA Brian Delaney, and he has no objection to continuing the sentencing hearing.

 The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

 ///

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 11/8/18                                                      */s/ David A Torres*
                                                                               DAVID A. TORRES
                                                                               Attorney for Defendant
                                                                               JUAN PINA


DATED: 11/8/18                                                      */s/ Brian Delaney*
                                                                               BRIAN DELANEY
                                                                               Assistant U.S. Attorney


## ORDER

**IT IS SO ORDERED** that the 2nd Status Conference is continued from November 13, 2018 to January 28, 2019[1] at 1:00 PM before Magistrate Judge Barbara A. McAuliffe. Time is excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

IT IS SO ORDERED.

Dated:   **November 8, 2018**                    /s/ *Barbara A. McAuliffe*
                                                                               UNITED STATES MAGISTRATE JUDGE

---

[1] The Court assumes the parties' Stipulation contained a typographical error and the date the parties meant to select was the Court's regularly scheduled status hearing date of January 28, 2019.