**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JUAN PINA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JUAN PINA,<br><br>  Defendant | ) Case No.: 1:18-cr-0100 DAD-BAM<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE THE STATUS**<br>) **CONFERENCE**<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

BARBARA A. MCAULIFFE AND BRIAN DELANEY, ASSISTANT UNITED STATES

ATTORNEY:

**COMES NOW** Defendant, JUAN PINA, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the status conference hearing currently set for Monday, January 28, 2019 be continued to Monday, March 25, 2019.

Counsel is seeking a sixty (60) day continuance of the status conference to complete its investigation and to commence plea negotiations with the government. I have spoken to AUSA Brian Delaney, and he has no objection to continuing the sentencing hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

///

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 1/23/2019        */s/ David A Torres*
                        DAVID A. TORRES
                        Attorney for Defendant
                        JUAN PINA


DATED: 1/23/2019        */s/ Brian Delaney*
                        BRIAN DELANEY
                        Assistant U.S. Attorney


## **ORDER**

**IT IS SO ORDERED** that the 2nd Status Conference is continued from 1/28/2019 to 3/25/2019 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe. Time is excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

IT IS SO ORDERED.

Dated:   **January 23, 2019**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE