DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JUAN PINA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-CR-00100 DAD-BAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING |
| JUAN PINA, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND BRIAN DELANEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JUAN PINA, by and through his attorney of record, DAVID A. TORRES hereby requesting that the change of plea hearing currently set for Monday, April 1, 2019, be continued to Monday, April 8, 2019.

It is hereby stipulated between AUSA Brian Delaney and Defense Counsel, David A. Torres to continue the change of plea in the matter of U.S. v. Juan Pina. The change is to accommodate the calendar of both counsel a Mr. Torres is unavailable on April 1, 2019. Time is to be exclude under the Speedy Trial Act in that good cause exists and that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

//

//

//

1

**IT IS SO STIPULATED.**

DATED: 3/28/19

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
JUAN PINA

DATED: 3/28/19

*/s/Brian Delaney*
BRIAN DELANEY
Assistant U.S. Attorney

## **ORDER**

The change of plea hearing currently set for April 1, 2019 is hereby vacated and continued to Monday, April 8, 2019.

IT IS SO ORDERED.

Dated: **March 28, 2019**

UNITED STATES DISTRICT JUDGE