| | |
|---|---|
| 1 | MCGREGOR W. SCOTT |
| | United States Attorney |
| 2 | THOMAS M. NEWMAN |
| | Assistant United States Attorneys |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, California 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |
| 5 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00100-DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| JUAN PINA, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, and defendant, JUAN PINA, by and through his counsel, David Torres, hereby agree and stipulate to continue the sentencing hearing in this matter from August 12, 2019, to August 28, 2019, for the following reason.

The final presentence report was released on or about July 22, 2019. Following the release of the report, government counsel has reviewed the information in it and is seeking authorization to recommend a decrease in the offense level. At this time, counsel for the government is currently in trial in Case No. 17-296-DAD, and the government requires additional time to obtain the necessary approval and file a timely sentencing recommendation.

IT IS SO STIPULATED.

1

| | |
|---|---|
| Dated: August 2, 2019 | MCGREGOR W. SCOTT<br>United States Attorney |
| | By: /s/ THOMAS NEWMAN<br>THOMAS NEWMAN<br>Assistant United States Attorneys |
| Dated: | /s/ DAVID TORRES<br>DAVID TORRES<br>Attorney for Defendant<br>JUAN PINA |

## **O R D E R**

The sentencing hearing currently set for August 12, 2019 is hereby continued to August 28, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **August 2, 2019**   _____
                            UNITED STATES DISTRICT JUDGE